UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION AT YOUNGSTOWN

| | | |
|---|---|---|
| ADAM GRYMBERG | ) | CASE NO. 4:04 CV 02190 |
| Plaintiff | ) | JUDGE ADAMS |
| -vs- | ) | JUDGMENT ENTRY OF DISMISSAL |
| BUSINESS MEN'S ASSURANCE COMPANY OF AMERICA, ET AL | ) | |
| Defendants | ) | |

The parties hereby advise the Court that this case has been settled.  Based upon such settlement, Plaintiff's Complaint is hereby dismissed <u>with</u> <u>prejudice</u> with this Court retaining jurisdiction to enforce the settlement.  Each party to bear its own costs.

/s/ Brett K. Bacon
BRETT K. BACON (#0022826)
Attorney for Defendant
Provident Life and Accident
Insurance Company

/s/ Michael P. Marando
MICHAEL P. MARANDO (#0000128)
Attorney for Plaintiff

/s/ William R. Ellis
WILLIAM R. ELLIS (#0012279)
Attorney for Businessmen's Assurance Company,
Reassure America Life Insurance Company and
Lone Star Life Insurance Company

IT IS SO ORDERED.

Dated:  June 23, 2005

/s/  John R. Adams
JUDGE JOHN R. ADAMS